**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**

FILED IN OPEN COURT

DATE: 05/16/2025 @ 11:28 am

TAPE: FTR

TIME IN COURT: 16 minutes

MAGISTRATE JUDGE **LINDA T. WALKER**

CASE NUMBER: 1:25-mj-483-LTW

AUSA: Eric Boylan

USPO / PTR: Krystal Cunningham

COURTROOM DEPUTY CLERK: Sonya Coggins

DEFENDANT'S NAME: Clinton Ogedegbe

DEFENDANT'S ATTY: Millie Dunn

☐ Retained  ☐ CJA  ☑ FDP  ☐ Waived

X  ARREST DATE _____

X  Initial appearance hearing held.              X  Defendant informed of rights.

___  Interpreter sworn: _____

## COUNSEL

X  ORDER appointing Federal Defender as counsel for defendant.

___  ORDER appointing _____ as counsel for defendant.

___  ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

___  Defendant WAIVES identity hearing.                    ___  WAIVER FILED

___  Identity hearing HELD.    ___  Def is named def. in indictment/complaint; held for removal to other district.

___  Defendant WAIVES preliminary hearing in this district only.       ___  WAIVER FILED

___  Preliminary hearing HELD.    ___  Probable cause found; def. held to District Court for removal to other district

X  Temporary Commitment issued.

## BOND/PRETRIAL DETENTION HEARING

X  Government motion for detention filed .       MAY 21, 2025 @ 1:45 PM

X  Pretrial hearing set for  MAY 21, 2025 @ 1:45 PM       ☐ In charging district.)

___  Bond/Pretrial detention hearing held.

___  Government motion for detention ☐ GRANTED  ☐ DENIED

___  Pretrial detention ordered.       ___ Written order to follow.

___  BOND set at _____    ___ NON-SURETY    ___ SURETY

         ___ cash         ___ property      ___ corporate surety ONLY

___  SPECIAL CONDITIONS: _____

___  Bond filed.  Defendant released.

___  Bond not executed.   Defendant to remain in Marshal's custody.

___  Motion    (    verbal)   to reduce/revoke bond filed.

___  Motion to reduce/revoke bond    ___ GRANTED    ___ DENIED

___  See page 2